FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

DEC 11 2020

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
~~EASTERN~~ Central DIVISION

Michael Gaston                                                   PLAINTIFF

v.                    Case No. 4:20-CV-1451-JM

Coca Cola Bottling Company                                       DEFENDANTS

This case assigned to District Judge Moody
and to Magistrate Judge Volpe

## COMPLAINT

1. The court's jurisdiction is pursuant to 28 U.S.C. § 1343 and 42 U.S.C. § 2000(e) et seq. Relief is sought pursuant to the provisions of 42 U.S.C. §§ 1981, 1983 and 2000(e) et seq.

2. Each party is resident in Pulaski County, Arkansas Venue in this court is therefore proper.

3. The plaintiff Michael Gaston is a United States citizen of African American descent.

4. Defendant Pulaski is an employer as described by 42 U.S.C. 2000(e) et seq.

## FACTS

5. During 2019 and 2020, plaintiff supervised several employees at the Coco Cola Bottling Company.

6. Plaintiff evaluated employees and issued performance evaluations.

7. His supervisor asked changed him to change the evaluations several times Plaintiff refused to do so.

1

8. Plaintiff then learned that his supervisor changed the evaluations that he gave and he logged into the office system and changed them back.
9. He was again instructed to change the evaluations back and refused to do so.
10. Plaintiff was then terminated for his refusal to change the evaluation scores back.
11. Plaintiff was terminated for this behavior. The reason given was that plaintiff was insubordinate.
12. This reason is pretextural. The pretext is shown by most of his employees race being black.
13. Plaintiff was doing his job as he knew to do.
14. Notwithstanding plaintiff's good faith reasons for his evaluations plaintiff was terminated due to his race.
15. Plaintiff, by the foregoing allegations, has established a prima facie of employment discrimination due to race.
16. Plaintiff has established a prima facie of employment discrimination due to race prohibited by the Civil Rights statutes.
17. Plaintiff brings this action because he has no adequate alternative recourse at law whereby he may enforce his well-known and well-established rights to be free from employment discrimination due to race
18. Plaintiff filed a timely complaint of employment discrimination due to race and gender with the United States Equal Opportunity Commission (EEOC).

He received Notice of Rights to Sue on his complaint. See Exhibit 1. This complaint is being filed within ninety (90) days of such receipt.

WHEREFORE, plaintiff seeks reinstatement and backpay and front pay, attorneys fees and all other just and proper relief.

Respectfully submitted,

_____
Lawrence A. Walker AB#12042
1723 Broadway
Little Rock, AR 72206
501-374-3758
501-374-4187 fax
lwalker@jwwlawfirm.com



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Little Rock Area Office

820 Louisiana St., Suite 200
Little Rock, AR 72201
Little Rock Direct Dial: (501) 324-5060
Writer's Email chris.stafford@eeoc.gov
FAX (501) 324-5991

Michael H. Gatson
4415 Aspen Drive
N Little Rock, AR 72118

Date: 09/03/2020

Re: Charge # **493-2020-01440; Gatson v Arkansas Military Department**

Dear Mr. Gatson:

The enclosed Notice terminates the processing of your charge and gives notice of your right to sue within 90 days. On or about 8/25/2020, a copy of the Respondent's position statement was sent to you electronically. After receiving your response, all evidence collected during the investigation was thoroughly reviewed. The investigation revealed the following facts:

You alleged you were subjected to different terms and conditions of employment and discharged because of your race (Black) in violation of Title VII of the Civil Rights Act of 1964, as amended; and because of your age (64) in violation of the Age Discrimination in Employment Act of 1967, as amended.

Investigation revealed you were discharged following failure to follow directives or insubordination. While you alleged other similarly situated employees likewise did not follow directives, those employees did not repeatedly refuse directives, nor did not enter the employer's HR system to alter documents after direction not to do so. There is insufficient evidence showing a causal nexus between your race or age and your employment discharge. Based on its investigation, the Commission was unable to conclude a there was a violation of EEOC enforced statutes.

No further action will be taken by this office regarding your charge of discrimination. The Director's determination in this matter is enclosed. This determination concludes the processing of the charge by the EEOC, but does not affect your right to sue on your own behalf. You may pursue the matter by filing in Federal District Court as explained in the Dismissal and Notice of Rights.

Sincerely,

*Chris Stafford*
Chris Stafford
Federal Investigator

Enclosure: Dismissal and Notice of Rights

EEOC Form 161 (11/16)             **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Michael H. Gatson<br>4415 Aspen Drive<br>N Little Rock, AR 72118 | From: | Little Rock Area Office<br>820 Louisiana<br>Suite 200<br>Little Rock, AR 72201 |
|---|---|---|---|

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 493-2020-01440 | Chris E. Stafford, Investigator | (501) 324-5812 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ]  The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ]  Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ]  The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ]  Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X]  The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ]  The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ]  Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

_/s/ William A. Cash, Jr._     09/03/2020

**William A. Cash, Jr.,**
Area Office Director                          *(Date Mailed)*

Enclosures(s)

cc:  **Melissa M. Butler
EEO/Grievance Officer
DEPT OF THE MILITARY
Camp Joseph T Robinson
Bldg 4201 Box 28
Camp Robinson, AR 72199**

INFORMATION RELATED TO FILING SUIT
UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.
If you also plan to sue claiming violations of State law, please be aware that time limits and other
provisions of State law may be shorter or more limited than those described below.)*

PRIVATE SUIT RIGHTS  --  **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice.  Therefore, you should **keep a record of this date**.  Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost.  If you intend to consult an attorney, you should do so promptly.  Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it.  Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction.  (Usually, the appropriate State court is the general civil trial court.)  Whether you file in Federal or State court is a matter for you to decide after talking to your attorney.  Filing this Notice is not enough.  You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief.  Courts often require that a copy of your charge must be attached to the complaint you file in court.  If so, you should remove your birth date from the charge.  Some courts will not accept your complaint where the charge includes a date of birth.  Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge.  Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office.  If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

PRIVATE SUIT RIGHTS  --  **Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible.  For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008.  This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above.  Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice *and* within the 2- or 3-year EPA back pay recovery period.

ATTORNEY REPRESENTATION  --  **Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer.  Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney).  Requests should be made well before the end of the 90-day period mentioned above, because such requests do *not* relieve you of the requirement to bring suit within 90 days.

ATTORNEY REFERRAL AND EEOC ASSISTANCE  --  **All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case.  If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice).  While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case.  Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months** of this Notice.  (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

Enclosures(s)

cc: **Bilenda Harris-Ritter**
**Arkansas Department of the Military**
**Camp Joseph T Robinson**
**Camp Robinson, AR 72199**