IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MICHAEL GATSON                                                         PLAINTIFF

vs.                              Case No. 4:20 cv 1451 JM

ARKANSAS DEPARTMENT OF
THE MILITARY                                           DEFENDANT

## JUDGMENT

For the reasons stated in the order entered this day, the complaint is dismissed with prejudice.

Dated this 20th day of September, 2021.

_____
UNITED STATES DISTRICT JUDGE